IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RARECOLE L.E. BROWN,**

    **Petitioner,**

    **v.**

**WARDEN, ROSS CORRECTIONAL INSTITUTION,**

    **Respondent.**

**Case No. 2:15-cv-01374**
**JUDGE ALGENON L. MARBLEY**
**Magistrate Judge King**

## ORDER

On October 27, 2016, the Magistrate Judge recommended that this action for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. *Report and Recommendation* (ECF No. 10). Although the parties were advised of their right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 10) is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

                                                       s/Algenon L. Marbley
                                                       **ALGENON L. MARBLEY**
                                                       **United States District Judge**